UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BARRY B. HAMILTON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-cv-1867-SEB-VSS |
| ) | |
| STEPHEN SHARP, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendant and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date: 01/31/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Barry B. Hamilton, DOC #147344, Branchville Correctional Facility, P.O. Box 500,
    Tell City, IN 47586
John Thomas Roy, St. Paul Staff Counsel Office, john.roy@stpaul.com